UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY E. KENDALL, | 1:13-cv-00209-LJO-JLT (HC) |
| Petitioner, | ORDER DISREGARDING APPLICATION TO PROCEED |
| v. | IN FORMA PAUERIS AS MOOT |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | (Doc. 7) |
| Respondent. | |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254. On February 25, 2013, petitioner filed an application to proceed in forma pauperis.

Due to the fact that petitioner paid the filing fee for this action on February 11, 2013, **IT IS HEREBY ORDERED THAT** petitioner's application to proceed in forma pauperis is **DISREGARDED** as moot.

IT IS SO ORDERED.

Dated: **March 5, 2013**　　　　　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE