1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LEROY EUGENE KENDALL, | ) | Case No.: 1:13-cv-00209 JLT  (HC) |
| Petitioner, | )<br>) | ORDER GRANTING PETITIONER'S REQUEST |
| v. | )<br>) | TO WITHDRAW HIS PROPOSED AMENDMENT |
| CYNTHIA TAMPKINS, | )<br>) | (Doc. 23) |
| Respondent. | )<br>) | |
| _____ | ) | |

Before the Court is the request of Petitioner to withdraw his proposed amendment to his petition (Doc. 16) to add Correctional Officer Cole as a respondent.  (Doc. 23)  In his motion, Petitioner correctly notes that Cole would not be a proper respondent.  Id. at 2.  Therefore, the request to withdraw this proposed amendment is **GRANTED**.

IT IS SO ORDERED.

Dated:   __July 1, 2014__                              _____/s/ Jennifer L. Thurston__
                                                        UNITED STATES MAGISTRATE JUDGE

1